Todd M. Friedman, Esq. (216752)
Darin Shaw, Esq. (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES VAN BROEKHUIZEN AND JENNIFER VAN BROEKHUIZEN,**<br><br>Plaintiff,<br><br>vs.<br><br>**GC SERVICES, LIMITED PARTNERSHIP**<br><br>Defendant. | Case No. 2:11-cv-01233-RGK -DTB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiffs' Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 11th day of May, 2011.

By:   s/Todd M. Friedman
        Todd M. Friedman, Esq.
        Law Offices of Todd M. Friedman, P.C.
        Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this 11th day of May, 2011, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 11th day of May, 2011, via the ECF system to:

Honorable R. Gary Klausner
Judge of the United States District Court
Central District of California

Copy sent via mail on this 11th day of May, 2011, to:

Renee Choy Ohlendorf, Esq.
Hinshaw & Culbertson LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA  90025

By: s/Todd M. Friedman
    Todd M. Friedman